Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Plaintiff and Counter Defendant
Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:15-cv-01846-RCJ-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN to the Court and parties that Jeffrey Willis, Esq. and Wayne O. Klomp, Esq. are no longer associated with this matter, and should be removed from the list of counsel of record in this case.

Dated: October 14, 2019

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Kelly H. Dove (Nevada Bar No. 10569)
    Holly E. Cheong, Esq. (NV Bar No. 11936)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

*Attorneys for Plaintiff and Counter Defendant Wells Fargo Bank, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-18-2019

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** by the method indicated:

_____ U.S. Mail

_____ Hand Delivery

\_\_\_\_X\_\_\_\_\_ Electronic Filing

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Kurt R. Bonds, Esq.
David J. Rothenberg, Esq.
Alverson Taylor Mortensen & Sander
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
drothenberg@alversontaylor.com
*Attorneys for Southern Highlands Community Association*

Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147
*(via U.S. Mail)*

DATED: October 14, 2019

/s/ *Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4849-8504-8233