UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; | Case No. 2:15-cv-01846-RCJ-VCF |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS LITIGATION WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; | |
| Counter-Claimant, | |
| vs. | |
| WELLS FARGO BANK, N.A., a national banking association; BARBARA A. GIBSON, an individual; and BARBARA A. GIBSON, Trustee for BARBARA A. GIBSON LIVING TRUST 2008; | |
| Counter-Defendant/Cross-Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counter Defendant Wells Fargo Bank, N.A., Defendant/Counterclaimant SFR Investments Pool 1, LLC, and Defendant Southern Highlands Community Association (collectively, the "Parties"), by and through their respective counsel, that all claims in this action between the Parties will be dismissed with prejudice.[1]

The $500.00 security posted by Plaintiff as required by this Court's order entered in this case on February 12, 2016 (ECF No. 20) shall be returned by the Clerk of the Court to Plaintiff Wells Fargo via Snell & Wilmer, L.L.P. upon entry of the Order granting this stipulation.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 9th day of March, 2020.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Kelly H. Dove, Esq.
    (Nevada Bar No. 10569)
    Holly E. Cheong, Esq.
    (Nevada Bar No. 11936)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
    *Attorneys for Plaintiff/Counter*
    *Defendant Wells Fargo Bank, N.A.*

DATED this 9th day of March, 2020.

KIM GILBERT EBRON

By: */s/ Jacqueline A. Gilbert*
    Diana S. Ebron, Esq.
    (Nevada Bar No. 10580)
    Jacqueline A. Gilbert, Esq.
    (Nevada Bar No. 10593)
    Karen L. Hanks, Esq.
    (Nevada Bar No. 9578)
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    Telephone: (702) 485-3300
    *Attorneys for Defendant/Counterclaimant*
    *SFR Investments Pool 1, LLC*

**SIGNATURES CONTINUED ON NEXT PAGE**

---

[1] Counter Defendants Barbara A. Gibson and Barbara A. Gibson as trustee for Barbara A. Gibson Living Trust 2008 have not appeared in this litigation.

DATED this 9th day of March, 2020.

ALVERSON TAYLOR & SANDERS

By: */s/ Alexander P. Williams*
    Kurt Bonds, Esq.
    (Nevada Bar No. 6228)
    Alexander P. Williams, Esq.
    (Nevada Bar No. 14644)
    6605 Grand Montecito Pkwy, Suite 200
    Las Vegas, Nevada 89149
    Telephone: (702) 384-7000
    *Attorneys for Defendant Southern*
    *Highlands Community Association*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 11, 2020.

4831-7125-4194

- 3 -